UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

              Plaintiff,

      v.

SERGEANT KAMMERZELL,

              Defendant.

Case No. C06-5263 FDB/KLS

ORDER TO PROVIDE SERVICE
COPIES

     This civil rights action has been referred to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1) and Local MJR 1, 3 and 4.   Plaintiff has been granted leave to proceed *in forma pauperis* and has filed an acceptable Complaint.  Plaintiff has not provided service copies of his Complaint.

     Plaintiff will provide one copy of the Complaint for each named Defendant he wishes the United States Marshals Service to attempt to serve.  The service copies must be returned to the Court on or before **October 31, 2006** or the Court will recommend dismissal of this case for failure to prosecute.

     The Clerk is directed to send a copy of this Order to Plaintiff and note this matter for **October 31, 2006.**

     DATED this 26th  day of September, 2006.

Karen L. Strombom
United States Magistrate Judge