UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ERNEST DICKERSON,

    Plaintiff,

    v.

SERGEANT KAMMERZELL,

    Defendant.

Case No. C06-5263 FDB

ORDER ADOPTING REPORT AND RECOMMENDATIONS DISMISSING COMPLAINT WITHOUT PREJUDICE

This matter comes before the Court on the Magistrate Judge's recommendation that Plaintiff's motion to voluntarily dismiss his action pursuant to Rule 41(a)(1) be granted. The Court, having reviewed the Report and Recommendation of Magistrate Karen L. Strombom, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     plaintiff's Complaint [Dkt. #7] is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Karen L. Strombom.

DATED this 3rd day of November, 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1